United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 24-13120-pmm

Salvatore Vicario, Jr.                                                                  Chapter 7

Susan Jane Vicario

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                                     User: admin                                                       Page 1 of 2

Date Rcvd: Dec 13, 2024                            Form ID: 318                                          Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Salvatore Vicario, Jr., Susan Jane Vicario, PO Box 137, Martins Creek, PA 18063-0137 |
| 14922649 | + | Moove In Self Storage, 1350 Uhler Road, Easton, PA 18040-6655 |
| 14922655 | + | TD RCS/Samsung, Po Box 10270, Columbia, SC 29207-0270 |
| 14943590 | + | U.S. Bank Trust Company, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 14 2024 00:01:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 14 2024 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14922640 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 14 2024 00:15:12 | Affirm Inc, PO Box 720, San Francisco, CA 94104-0720 |
| 14922641 | + | EDI: GMACFS.COM | Dec 14 2024 04:58:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14922642 | | EDI: BANKAMER | Dec 14 2024 04:58:00 | Bank of America, 4060 Ogletown/Stanton Rd, Newark, DE 19714 |
| 14922643 | + | EDI: CAPITALONE.COM | Dec 14 2024 04:58:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14922644 | + | EDI: CAPITALONE.COM | Dec 14 2024 04:58:00 | Capital One Bank Usa, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14922645 | | EDI: DISCOVER | Dec 14 2024 04:58:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14922646 | + | Email/Text: contact@fiwlaw.com | Dec 14 2024 00:01:00 | Frederic I. Weinberg, Esquire, 375 E. Elm St, Suite 210, Conshohocken, PA 19428-1973 |
| 14922647 | | EDI: JPMORGANCHASE | Dec 14 2024 04:58:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14922648 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 14 2024 00:01:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14922651 | | EDI: PRA.COM | Dec 14 2024 04:58:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14922653 | + | EDI: SYNC | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 13, 2024 | Form ID: 318 | Total Noticed: 21 |

| | | | Dec 14 2024 04:58:00 | SYNCB/Paypal, PO Box 71727, Philadelphia, PA 19176-1727 |
|---|---|---|---|---|
| 14922654 | | EDI: SYNC | Dec 14 2024 04:58:00 | SYNCB/Sam's Club, Po box 71727, Philadelphia, PA 19176-1727 |
| 14922652 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 14 2024 00:02:00 | Select Portfolio Servicing, 3815 S West Temple, Suite 2000, Salt Lake City, UT 84115 |
| 14922656 | + | EDI: CITICORP | Dec 14 2024 04:58:00 | Tractor Supply/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14922657 | ^ | MEBN | Dec 13 2024 23:59:54 | Weltman Weinberg & Reis, 520 Walnut Street Ste 1355, Philadelphia, PA 19106-3602 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14922650 | ##+ | Nicholas Vicario, PO Box 137, Martins Creek, PA 18063-0137 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2024         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Joint Debtor Susan Jane Vicario claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Debtor Salvatore Vicario Jr. claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trus bkgroup@kmllawgroup.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Salvatore Vicario Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3641<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Susan Jane Vicario<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3613<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   24–13120–pmm

## Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Salvatore Vicario Jr.                                       Susan Jane Vicario

12/12/24                                                    **By the court:**   Patricia M. Mayer
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**